# United States Court of Appeals
## For the First Circuit

No. 22-1790

UNITED STATES OF AMERICA,

Appellee,

v.

HECTOR RODRIGUEZ-PENA,
a/k/a Papo Guame,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on July 16, 2024, is amended as follows:

On page 6, line 11, add a space between the last quotation mark and "argument".

On page 6, line 15, add a period at the end of the quotation mark and insert "Dist. Ct. Op. at 3" before the quoting parenthetical.